Paul **EVANS**, Plaintiff–Appellant,

v.

**THE NEW YORK BOTANICAL GARDEN, Gregory Long, John Rorer, Defendants–Appellees.**

No. 03–7487.

United States Court of Appeals, Second Circuit.

March 3, 2004.

Paul Evans, Brooklyn, NY, for Plaintiff–Appellant, pro se.

George F. Brenlla, Clifton, Budd & DeMaria LLP, New York, NY, for Defendants–Appellees.

PRESENT: STRAUB, B.D. PARKER, Circuit Judges, and STANTON, District Judge.*

SUMMARY ORDER

Plaintiff–Appellant Paul Evans ("Evans") appeals from the judgment of the United States District Court for the Southern District of New York (Robert W. Sweet, *Judge*) granting summary judgment to defendants on his claims of race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*** We affirm for

---

* The Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, sitting by designation.

** The District Court also denied plaintiff leave to amend his complaint to assert related discrimination claims under 42 U.S.C. § 1981. Plaintiff offers no argument explaining why

substantially the reasons stated by the District Court. *See Evans v. New York Botanical Garden,* 253 F.Supp.2d 650, 659–61 (S.D.N.Y.2003) (concluding that defendants had established a legitimate, non-discriminatory reason for Evans's discharge, and that Evans failed to introduce sufficient evidence of pretext to survive summary judgment). Accordingly, the judgment of the District Court is AF-FIRMED.

the denial was erroneous, and we therefore decline to consider the amendment issue. *See, e.g., Taylor v. Rodriguez,* 238 F.3d 188, 196–97 (2d Cir.2001) ("[Plaintiff] includes in his appellate brief no argument regarding [certain claims]. Consequently, we deem these claims abandoned.").

